UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHERYL Y. VENZOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-00356 |
| | ) | Judge Sharp |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The plaintiff, proceeding *pro se* and *in forma pauperis*, is a resident of Tucson, Arizona. She brings this action under the Federal Torts Claim Act (FTCA), 28 U.S.C. §§ 1346, 2671 *et seq.*, against the United States, alleging that her husband died as a result of negligent treatment he received at an unnamed Veterans Administration hospital after sustaining an injury while serving his country as a Special Forces/ Green Beret soldier. (Docket No. 1 at p. 1).

By order entered on April 30, 2013, the court directed the plaintiff to supplement her complaint with the date on which she filed an administrative claim and the date that the agency issued a final denial of her claim. (Docket No. 3). The court also forewarned the plaintiff that, should she fail to comply with the court's order within the time frame specified, any limitations period applicable to this action will no longer be tolled, and the case could be dismissed for lack of prosecution. (*Id.*)

The court's docket reflects that the plaintiff received the court's order on May 6, 2013. (Docket No. 5). Yet, to date, the plaintiff has not complied with the court's order. Therefore, this complaint is hereby **DISMISSED** for failure to comply with the orders of the court, and for want of prosecution. Rule 41(b), *Fed. R. Civ. P.; see Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962);

1

*Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999).

Because an appeal would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge